United States District Court
Southern District of Texas
**ENTERED**
August 31, 2026
Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| YOGESH CHANDABEN DABHI, Petitioner, | § | CIVIL ACTION NUMBER 4:26-cv-06113 |
| versus | § | JUDGE CHARLES ESKRIDGE |
| TODD BLANCHE, *et al*, Respondents. | § | |

**FINAL JUDGMENT**

This action is DISMISSED WITH PREJUDICE for the reasons and on the terms stated in the Order entered this same date.

The Clerk of Court is DIRECTED to close the case.

This is a FINAL JUDGMENT.

SO ORDERED.

Signed on August 31, 2026, at Houston, Texas.

Honorable Charles Eskridge
United States District Judge